UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|   |   |   |
|---|---|---|
| In re | : | Case No.  16 - 12331 |
| Maria E. Oliveras | : | (Chapter 13) |
| Debtor. | : |  |
|  | : | Hon. Jean K. FitzSimon |
|  | : |  |

# Memorandum of Law
# in Support of Objection to P.O.C. # 9

    Debtor, Maria E. Oliveras, by and through her attorney, Ronald G. McNeil, Esquire, hereby submits this memorandum of law in support of her objection to this proof of claim.  Debtor believes that she has a delinquency with her mortgage company.  However, she believes that this claim is excessive in light that this mortgage foreclosure complaint was unchallenged and this Creditor obtained a default judgment against her shortly before she filed this bankruptcy.

    State judicial proceedings must be given "the same full faith and credit" in the federal courts as they would receive in the courts of the rendering state.  28 U.S.C.  1738; Parklane Hosiery Co. v. Shore, 439 U.S. 322, 326-27 (1979).  Res judicata bars relitigation of issues which have been actually and necessarily determined in a prior proceeding, whether or not the same claim or cause of action is involved.  In re Knapper, 407 F.3d 573, 583 (3d Cir. 2005).

In this case, the default judgment had been entered on January 13, 2016. Neither party filed an appeal. Therefore, a final state court judgment has been entered. Section 13 states that: "[t]he rules of res judicata are applicable only when a final judgment is rendered . . ." Restatement (Second) of Judgments § 28 (review is unavailable as a matter of law where the controversy has become moot, or because the law does not allow review of the particular category of judgments); Greenleaf v. Garlock, Inc., 174 F.3d 352, 360 (3d Cir. 1999).

This creditor cannot use the filing of a proof of claim as a means of relitigating the mortgage foreclosure complaint. On January 13, 2016, it obtained an unopposed default judgment for $94,865.13. It cannot utilize this proof of claim to enlarge this judgment for activities that allegedly occurred prior to this judgment. Pre-petition arrears are limited to such costs, fees, and charges which occurred between January 13, 2016 and Debtor's date of bankruptcy filing, April 3, 2016. After three months of missed payments of $657.19 monthly, a refundable $2,000.00 Philadelphia Sheriff deposit, and inadequate discovery requests, this Creditor should bear the burden of justifying an additional delinquency of $8,433.91. Rule 3001(c) of the Federal Rules of Bankruptcy Procedure.

    Respectfully submitted,

    /s/ Ronald G. McNeil
    Ronald G. McNeil, Esquire
    Attorney for Debtor
    DATE: May 24, 2017
    1333 Race Street
    Philadelphia, PA  19107-1585
    (215) 564 - 3999 (t)
    (215) 564 - 3537 (fx)
    r.mcneil1@verizon.net

## In the Court of Common Pleas of Philadelphia County

| | |
|---|---|
| U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>211 North Front Street<br>P.O. Box 15057<br>Harrisburg, PA 17101<br><br>                        Plaintiff<br>            vs.<br><br>TOMASA DIAZ-RUIZ<br>MARIA E. OLIVERAS<br>**(Mortgagor(s) and Record Owner(s))**<br>3826 Lawndale Street<br>Philadelphia, PA 19124<br><br>                        Defendant(s) | <br><br>No. 150602311 |

### PRAECIPE FOR JUDGMENT

      THIS LAW FIRM IS A DEBT COLLECTOR AND WE ARE ATTEMPTING TO COLLECT A DEBT OWED TO OUR CLIENT. ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THE PURPOSE OF COLLECTING THE DEBT.

      Enter the Judgment in favor of Plaintiff and against TOMASA DIAZ-RUIZ and MARIA E. OLIVERAS by default for want of an Answer.

I CERTIFY THAT FOREGOING ASSESSMENT OF DAMAGES IS FOR SPECIFIED AMOUNTS ALLEGED TO BE DUE IN THE COMPLAINT AND IS CALCULABLE AS A SUM CERTAIN FROM THE COMPLAINT.

                      (Copy of Assessment of Damages Attached)

I certify that written notice of the intention to file this praecipe was mailed or delivered to the party against whom judgment is to be entered and to his attorney of record, if any, after the default occurred and at least ten days prior to the date of the filing of this praecipe. A copy of the notice is attached. R.C.P. 237.1

                      By: _____
                            KML LAW GROUP, P.C.
       ____Michael McKeever Pa. ID 56129
       ____Lisa Lee Pa. ID 78020
       ____Kristina Murtha Pa. ID 61858
       ____David Fein Pa. ID 82628
       ____Thomas Puleo Pa. ID 27615
       ____Jill P. Jenkins Pa. ID 306588
       ____Andrew F. Gornall Pa. ID 92382
       ____Alyk L. Oflazian Pa. ID 312912
       ____Crystal Español Pa. ID 315477
       ____Cristina Lynn Connor Pa. ID 318389
       ✓  Victoria W. Chen Pa. ID 317741
       ____Matthew K. Fissel Pa. ID 314567
                         **Attorneys for Plaintiff**

      AND NOW _____, _____, Judgment is entered in favor of U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) and against TOMASA DIAZ-RUIZ and MARIA E. OLIVERAS by default for want of an Answer and damages assessed in the sum of $94,865.13 as per the above certification.

                                                              _____
                                                              Prothonotary

                                                                               Case ID: 150602311

Exhibit   A-1

## ASSESSMENT OF DAMAGES

TO THE PROTHONOTARY:

Kindly assess the damages in this case to be as follows:

| | |
|---|---|
| Principal Balance | $86,079.01 |
| Interest from 05/01/2014 through 01/11/2016 | $4,825.17 |
| Late Charges | $322.00 |
| Escrow Payments Due 8 X $224.46 | $1,795.68 |
| Escrow Advance | $1,996.37 |
| Deferred Late Charges | $313.90 |
| Suspense | ($467.00) |
| | $94,865.13 |

By:_____
KML LAW GROUP, P.C.
____Michael McKeever Pa. ID 56129
____Lisa Lee Pa. ID 78020
____Kristina Murtha Pa. ID 61858
____David Fein Pa. ID 82628
____Thomas Puleo Pa. ID 27615
____Jill P. Jenkins Pa. ID 306588
____Andrew F. Gornall Pa. ID 92382
____Alyk L. Oflazian Pa. ID 312912
____Crystal Español Pa. ID 315477
____Cristina Lynn Connor Pa. ID 318389
____Victoria W. Chen Pa. ID 317741
____Matthew K. Fissel Pa. ID 314567
**Attorneys for Plaintiff**

AND NOW, this _____ day of _____, 2016 damages are assessed as above.

_____
Pro Prothy

150602311/145883FC

Case ID: 150602311

Exhibit A-2

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 16 - 12331 |
| Maria E. Oliveras | : | (Chapter 13) |
| Debtor. | : |  |
|  | : | Hon. Jean K. FitzSimon |
|  | : |  |

## CERTIFICATE OF SERVICE

I, Ronald G. McNeil, Esquire, certify that a true and correct copy of Debtor's Memorandum of Law in Support of her Objection to Creditor's, Pennsylvania Housing Finance Agency, Proof of Claim (Claim No. 9) was served via electronic means upon the following:

U.S. Bank, N.A., a/k/a, PHFA
  Loan Servicing Division
  c/o KML Law Group, P.C.
ATTN: Thomas J. Puleo, Esquire
Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

William C. Miller, Esquire
Office of the Chapter 13 Standing Trustee
P.O. Box 1299
Philadelphia, PA 19105

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107-4414

    /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: May 24, 2017