UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 16 - 12331 |
| Maria E. Oliveras | : | (Chapter 13) |
| Debtor. | : |  |
|  | : | Hon. Jean K. FitzSimon |
|  | : |  |

# ORDER

AND NOW, this    day of             , 2017, upon consideration of Debtor's Objection to the Proof of Claim of Pennsylvania Housing Finance Agency (Claim No. 9), and any responses thereto, it is hereby ORDERED that

a) this claim of Pennsylvania Housing Finance Agency is MODIFIED as a secured claim and allowed as pre-petition arrearage of $19,804.89, subject to a review of Debtor's previous forbearance agreement with Claimant;

b) Claimant shall amend its proof of claim to reflect this agreement; and

c) Debtor shall amend her plan to reflect this agreement.

BY THE COURT:

_____
Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge

Copies to:
Debtor: Maria E. Oliveras
Debtor's Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: William C. Miller, Esquire
Creditor's Attorney: Thomas J. Puleo, Esquire