United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-12331-jkf
Maria E. Oliveras                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia           Page 1 of 1           Date Rcvd: Jul 05, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2017.
db            +Maria E. Oliveras,    3826 Lawndale Street,    Philadelphia, PA 19124-5432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2017 at the address(es) listed below:
              JADA S. GREENHOWE    on behalf of Defendant    Pennsylvania Housing Finance Agency
               jgreenhowe@phfa.org
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              RONALD G. MCNEIL    on behalf of Plaintiff Maria E. Oliveras r.mcneil1@verizon.net
              RONALD G. MCNEIL    on behalf of Debtor Maria E. Oliveras r.mcneil1@verizon.net
              THOMAS I. PULEO    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 8

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|   |   |   |
|---|---|---|
| In re | : | Case No.  16 - 12331 |
| Maria E. Oliveras | : | (Chapter 13) |
| Debtor. | : | |
|   | : | Hon. Jean K. FitzSimon |
|   | : | |

# ORDER

AND NOW, this 3rd day of July, 2017, upon consideration of Debtor's Objection to the Proof of Claim of Pennsylvania Housing Finance Agency (Claim No. 9), and any responses thereto, it is hereby ORDERED that

a)  this claim of Pennsylvania Housing Finance Agency is MODIFIED as a secured claim and allowed as pre-petition arrearage of $19,804.89, subject to a review of Debtor's previous forbearance agreement with Claimant;

b)  Claimant shall amend its proof of claim to reflect this agreement; and

c)  Debtor shall amend her plan to reflect this agreement.

BY THE COURT:

_____
Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge

Copies to:
Debtor: Maria E. Oliveras
Debtor's Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: William C. Miller, Esquire
Creditor's Attorney: Thomas J. Puleo, Esquire