## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **IN RE:** | **MARIA E. OLIVERAS,** | : | **Chapter 13** |
| | | : | |
| | **Debtor** | : | **Bky. No.  16-12331 ELF** |

# O R D E R

**AND NOW,**  the above chapter 13 bankruptcy case having been filed on **April 3, 2016**;

**AND**, no chapter 13 plan having been confirmed;

**AND**, on **September 29, 2017**, this case having been reassigned to the undersigned judge;

It is hereby **ORDERED** that:

1. The confirmation hearing presently **SCHEDULED** on **October 5, 2017** is

    **RESCHEDULED** to **October 17, 2017**, at **1:00 p.m., in Bankruptcy Courtroom No. 1, 2d**

    **floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA**.

2. The Debtor's counsel **SHALL APPEAR** and shall be prepared to

    a.  summarize the issues in the case that have delayed confirmation of the Debtor's chapter 13 plan;

    b.  identify and describe all motions, objections and complaints, if any, that still must be filed and resolved to render the plan confirmable; and

    c.  propose deadlines for doing so.

Date: <u>October 2, 2017</u>

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**