United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-12331-elf
Maria E. Oliveras                                               Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: YvetteWD         Page 1 of 2         Date Rcvd: Nov 16, 2017
                              Form ID: pdf900        Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.
```
db             +Maria E. Oliveras,    3826 Lawndale Street,    Philadelphia, PA 19124-5432
13703625      ++AARON S INC,    PO BOX 100039,    KENNESAW GA 30156-9239
                 (address filed with court: Aarons, Inc.,    309 E. Paces Ferry Road, NE,    Suite 1100,
                 Atlanta, GA 30305-2385)
13779652        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                 Carol Stream, IL 60197-5008
13703626        Bank of America, N.A.,    Corporate Center,    100 No. Tryon Street, Suite 220,
                 Charlotte, NC 28202-4031
13703627        Comcast,    Bankruptcy Department,    11400 Northeast Avenue,    Philadelphia, PA 19116-3445
13703784       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13703628       +Credit Acceptance Corp.,    25505 W. Twelve Mill Rd, Ste 3000,    P.O. Box 513,
                 Southfield, MI 48037-0513
13703630       +Financial Recovery, Ltd,    200 E. Park Drive,    Mt. Laurel, NJ 08054-1297
13703629       +Kennedy Health,    ATTN: Billing,    1099 White Horse Road, 3rd Floor,    Voorhees, NJ 08043-4405
13703633       +Phila Gas Works - Bankr Unit,    P.O. Box 3500,    800 W. Montgomery Ave, 3rd Flr,
                 Philadelphia, PA 19122-2806
13777796       +Porania LLC,    c/o Biltmore Asset Management,    24500 Center Ridge Rd Ste 472,
                 Westlake, OH 44145-5605
13806470        Ronald G. McNeil, Esquire,    1333 Race Street,    Philadelphia, PA 19107-1585
13795857       +U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PEN,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
13703635        U.S. Bank, N.A.,    Bankruptcy Dept.,    17500 Rockside Road,    Bedford, OH 44146-2099
13703636        Verizon Communications,    Bankruptcy Department,    404 Brock Drive,
                 Bloomington, IL 61701-2654
13783377       +Wells Fargo Bank,    PO Box 5058 MAC P6053-021,    Portland, OR 97208-5058
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Nov 17 2017 01:53:25     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2017 01:52:24
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 17 2017 01:52:56     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13755003        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 17 2017 02:01:46
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
13789071        E-mail/Text: bankruptcy@phila.gov Nov 17 2017 01:53:25     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13703631        E-mail/Text: blegal@phfa.org Nov 17 2017 01:52:33     PA Housing Finance Agency,
                 211 N. Front Street,    P.O. Box 8029,    Harrisburg, PA 17105-8029
13703632        E-mail/Text: bankruptcygroup@peco-energy.com Nov 17 2017 01:51:49     PECo Energy Co.,
                 Bankruptcy Group,    2301 Market Street # N3-2,    Philadelphia, PA 19103-1338
13703634       +E-mail/Text: bankruptcy@phila.gov Nov 17 2017 01:53:25     Philadelphia Law Department,
                 Bankruptcy Unit,    Municipal Services Bldg,    1401 JFK Blvd, Room 508,
                 Philadelphia, PA 19102-1617
                                                                                              TOTAL: 8
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: YvetteWD            Page 2 of 2              Date Rcvd: Nov 16, 2017
                              Form ID: pdf900           Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2017 at the address(es) listed below:
              JADA S. GREENHOWE    on behalf of Defendant    Pennsylvania Housing Finance Agency
               jgreenhowe@phfa.org
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              RONALD G. MCNEIL    on behalf of Plaintiff Maria E. Oliveras r.mcneil1@verizon.net
              RONALD G. MCNEIL    on behalf of Debtor Maria E. Oliveras r.mcneil1@verizon.net
              THOMAS I. PULEO    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :          Chapter 13
    MARIA E. OLIVERAS,                  :
        Debtor(s)                        :          Bky. No.  16-12331 ELF

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date:  **November 15, 2017**

                                            **ERIC L. FRANK**
                                            **CHIEF U.S. BANKRUPTCY JUDGE**