UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 16 - 12331 |
| Maria E. Oliveras | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Jean K. FitzSimon |
| | : | |

# CERTIFICATE OF SERVICE

Pursuant to this Court's November 15, 2017 Order, I, Ronald G. McNeil, Esquire, certify that a true and correct copy of this Court's November 15, 2017 Order Dismissing Chapter 13 Case and Setting Deadline for Applications for Allowance of Administrative Expenses was served via electronic means, via hand delivery, and/or via first class postage prepaid, properly franked upon the following:

Debtor

creditors listed on Matrix (12)

William C. Miller, Esquire
Office of the Chapter 13 Standing Trustee
P.O. Box 1299
Philadelphia, PA 19105

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107-4414

                                                                                    /s/ Ronald G. McNeil
                                                                                   Ronald G. McNeil, Esquire
                                                                                   Attorney for Debtor
                                                                                   DATE: November 21, 2017