UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 16 - 12331 |
| Maria E. Oliveras | : | (Chapter 13) |
| Debtor. | : | |
|  | : | Hon. Eric L. Frank |
|  | : | |

## CERTIFICATE OF NO RESPONSE

Pursuant to this Court's November 15, 2017 Order Dismissing Chapter 13 Case and Setting Deadline for Applications for Allowance of Administrative Expenses, I, Ronald G. McNeil, Esquire, certify that a true and correct copy of this Court's November 15, 2017 Order Dismissing Chapter 13 Case and Setting Deadline for Applications for Allowance of Administrative Expenses was served upon all interested parties via electronic means, via hand delivery and/or via first class postage prepaid on November 21, 2017, that more than twenty-one (21) days have past since the service of this notice, and that no answer and/or objection has been filed to Debtor's Counsel Application for Counsel Fees and that no other application for administrative expense has been filed.

Respectfully submitted,

/s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: December 21, 2017
1333 Race Street
Philadelphia, PA  19107-1585
(215) 564 - 3999 (t)
(215) 564 - 3537 (fx)
r.mcneil1@verizon.net