United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Maria E. Oliveras  
    Debtor

Case No. 16-12331-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Dec 29, 2017  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2017.  
db          +Maria E. Oliveras,    3826 Lawndale Street,    Philadelphia, PA 19124-5432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2017 at the address(es) listed below:  
         JADA S. GREENHOWE    on behalf of Defendant    Pennsylvania Housing Finance Agency  
          jgreenhowe@phfa.org  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
          PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         LEON P. HALLER    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
          PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com  
         RONALD G. MCNEIL    on behalf of Debtor Maria E. Oliveras r.mcneil1@verizon.net  
         RONALD G. MCNEIL    on behalf of Plaintiff Maria E. Oliveras r.mcneil1@verizon.net  
         THOMAS I. PULEO    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
          PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
          philaecf@gmail.com  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                              TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| MARIA E. OLIVERAS, | : | |
| Debtor | : | Bky. No. 16-12331 ELF |

# O R D E R

**AND NOW**, upon consideration of the Application of the Debtor's Counsel for Allowance of Compensation and Distribution of Pre-Confirmation Payments held by the Chapter 13 Trustee ("the Application"), and upon the certification of the Debtor's Counsel ("the Applicant") that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of **$3,000.00**.

3. To the extent that funds are available, the Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation, less **$690.00** which was paid by the Debtor prepetition, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. All remaining funds, if any, held by the Trustee shall be disbursed in accordance with 11 U.S.C. §349(b)(3).

**Date: December 28, 2017**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**